AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| JOSEDEJESUS R. CABALLERO | CM/ECF Case No. 3:25-PO-00007-CHG |
| 2540 VERA AVE, APT. 1 | Case No.  OS10  E2233551 |
| CINCINNATI, OH 45237 | USM No. |

Cheryll Bennett
Defendant's Attorney

**THE DEFENDANT:**   JOSEDEJESUS R. CABALLERO

☑ **THE DEFENDANT** pleaded guilty to count(s)   1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 4510.12 | Driving without a valid license | 12/22/24 | 1 |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $55.00 | $ 5.00 | $ 50.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1995

City and State of Defendant's Residence:
CINCINNATI, OH

3/19/25
Date of Imposition of Judgment

Signature of Judge

Caroline H. Gentry, United States Magistrate Judge
Name and Title of Judge

3/26/25
Date